**IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ALEX PAGE and DEE PAGE**            **PLAINTIFFS**

**v.**            **4:02CV00460-WRW**

**VALERO ENERGY CORPORATION,
DIAMOND SHAMROCK REFINING AND
MARKETING COMPANY, and TPI
PETROLEUM, INC., jointly and severally**            **DEFENDANTS**


**<u>JUDGMENT</u>**

Consistent with the Orders that were entered on June 1, 2005 and June 27, 2005 it is

CONSIDERED, ORDERED, and ADJUDGED that Plaintiff, Dee Page's loss of consortium is

DISMISSED WITH PREJUDICE, and the arbitration award to Plaintiff, Alex Page is UPHELD.

IT IS SO ORDERED this 2nd day of August, 2005.


<u>/s/ Wm. R.Wilson,Jr.</u>
UNITED STATES DISTRICT JUDGE